USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-2202 IN RE: FRIEDRICH LU, Petitioner. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. George A. O'Toole, Jr., U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Selya and Stahl, Circuit Judges. ______________ ____________________ Friedrich Lu on brief and petition for mandamus pro se. ____________ ____________________ NOVEMBER 19, 1997 ____________________ Per Curiam. For the reasons stated in the district ___________ court order, appellant's complaint properly was dismissed for want of federal subject matter jurisdiction and the district court could not enjoin enforcement of the state court order. Further, we find no basis for mandamus relief here. The judgment is affirmed, and the petition for mandamus ________ is denied. See 1st Cir. Loc. R. 27.1.  ______ ___ -2-